1  McGREGOR W. SCOTT
   United States Attorney
2  DARIN ROCK
   Special Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
     UNITED STATES OF AMERICA
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00026-SAB |
|---|---|
| Plaintiff, | [Citation #6044666 CA/74] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| WILLIAM R. BROWN, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Darin Rock, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00026-SAB [Citation #6044666] against WILLIAM R. BROWN without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 5, 2018                      Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

                                    By:   /s/ Darin Rock
                                          DARIN ROCK
                                          Special Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00026-SAB [Citation #6044666] against WILLIAM R. BROWN be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **April 6, 2018**

_____
UNITED STATES MAGISTRATE JUDGE